IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| REINALDO RAMIREZ, ET AL<br><br>Plaintiffs<br><br>v.<br><br>EDGARDO ARLEQUIN, ET AL<br><br>Defendants | Civil No. 03-2376 (SEC)<br><br>Taxation of Costs |

**ORDER**

On February 23, 2005, a judgment was entered dismissing the complaint filed in this case (Docket No. 35). As prevailing party, defendants moved for taxation of costs on March 22, 2005 (Docket No. 37). Plaintiffs did not opposed to defendants' bill of costs but filed a notice of appeal on March 7, 2005 (Docket No. 36).

"It is often sound policy . . . to wait until a controversy is finally decided on the merits before awarding costs, and to then determine who is the 'prevailing party', instead of judging that issue piecemeal at each stage of the litigation." Furman v. Cirrito, 782 F.2d 353, 355-56 (2nd Cir. 1986). Thus, a district court "may wait until a judgment is affirmed on appeal before awarding costs." O'Ferral v. Trebol Motors Corp., 45 F.3d 561, 564 (1st Cir. 1995), citing 10 C. Wright & A. Miller, Federal Practice and Procedure § 2668, at 212 (2d Ed. 1983).

WHEREFORE, defendants' application for taxation of costs is denied without prejudice. Once judgment on appeal is entered and the appellate mandate becomes final,

Civil No. 03-2376 (SEC)  Page -2-

the prevailing party may file a bill of costs for adjudication by the Clerk. Fed. R. App. P. 39; Fed. R. Civ. P. 54(d).

    BY ORDER OF THE COURT.

    In San Juan, Puerto Rico, this 11th day of May, 2005.

                      FRANCES RIOS DE MORAN
                      CLERK OF COURT

                      <u>s/ Angel A. Valencia-Aponte</u>
                      Angel A. Valencia-Aponte, Esq.
                      Chief Deputy Clerk